AO 440 (Rev. 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ NEVADA _____

AUTOTEL, a Nevada corporation; and
RICHARD L. OBERDORFER,
        Plaintiffs,

v.

CHARLES CARROLL, Sloan Canyon NCA Manager;
SARAH SUTHERLAND, Project Manager;
MIKE DWYER, Field Manager; MARK MORSE,
Field Manager; REX WELLS, Assistant Field
Manager; SHARON DEPINTO, Assistant Field
Manager; ANNA WHARTON, Supervisory Reality
Specialist; NAOMI HATCH, MARK CHANDLER,
JANE SANDERFORD, Reality Specialists;
BUREAU OF LAND MANAGEMENT,
        Defendants,

AMENDED **SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV-S-05-1074-RCJ-GWF

**TO:** (Name and Address of Defendant)

MARK CHANDLER, Reality Specialist
Bureau Of Land Management
Las Vegas Field Office
4701 N. Torrey Pines Drive
Las Vegas, NV 89130

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon Plaintiff's attorney (name and address)

RICHARD A. KOCH, ESQ.
KOCH AND BRIM, L.L.P.
4520 S. PECOS ROAD, SUITE 4
LAS VEGAS, NV 89121

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK                                               DATE

Andrew Mennear

BY DEPUTY CLERK